UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MASHIKA FANT on behalf of**<br>**KARNELL JAMES LEBLANC, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-3032** |
| **CAROLYN W. COLVIN,**<br>**ACTING COMMISSIONER OF SOCIAL**<br>**SECURITY ADMINISTRATION** | **SECTION "S" (3)** |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is GRANTED, the Plaintiff's Motion for Summary Judgment is DENIED and that the plaintiff's complaint be and is hereby DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this  9th  day  October , 2013.

_____
UNITED STATES DISTRICT JUDGE